IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAWN LENGRAND,

                    Plaintiff,

v.                            Civil Action No. 3:11CV333-JAG

WELLPOINT, INC.,

                    Defendant.

### ORDER

The undersigned hereby RECUSES himself from this matter. The Clerk is DIRECTED to REASSIGN this matter to another judge in accordance with the standard assignment system.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                              /s/
                                     John A. Gibney, Jr.
                                     United States District Judge

Date: May 31, 2011
Richmond, VA