IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:11-cv-333, Case Name Lengrand v. Wellpoint, Inc.
Party Represented by Applicant: Dawn Lengrand - Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Trista Marie Roy
Bar Identification Number 0387737  State MN
Firm Name Consumer Justice Center P.A.
Firm Phone # (651) 770-9707  Direct Dial # (651) 294-3162  FAX # (651) 704-0907
E-Mail Address tristacjc@aol.com
Office Mailing Address 367 Commerce Ct., Vadnais Heights, MN 55127

Name(s) of federal court(s) in which I have been admitted District of Minnesota + District of North Dakota

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)  Leonard A Bennett  6/6/11 (Date)  37523 (VA Bar Number)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid  ✓  or Exemption Granted _____

The motion for admission is GRANTED  ✓  or DENIED _____

/s/
_____
Henry E. Hudson
**United States District Judge**

FILED JUN 21 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA
June 20, 2011 (Date)