**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| DAWN LENGRAND,<br>For herself and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>WELLPOINT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:11cv333 (HEH) |

## DEFENDANT'S MOTION TO STRIKE PROPOSED CLASS DEFINITION

Pursuant to Federal Rules of Civil Procedure 12(f), Defendant WellPoint, Inc. ("Defendant" or "WellPoint"), by and through its counsel, Seyfarth Shaw LLP, submits this Motion to Strike Plaintiff's Proposed Class Definition. The proposed class definition in Paragraph 36 of the Complaint is an improper "fail safe" definition because membership in the proposed class requires a threshold legal inquiry necessarily based upon a determination of liability. Thus, determining who is a member of the class would necessarily require an individualized inquiry, which is inappropriate for a class action. For this reason and those explained more fully in the accompanying memorandum of points and authorities in support, the definition and those paragraphs in Plaintiff's Complaint relating to the same must be stricken.

13507422v.2

Date: July 5, 2011                    Respectfully submitted,

                                            WELLPOINT, INC.

                                            By:   /s/
                                                  Taron K. Murakami  (VSB # 71307)
                                                  Christopher James DeGroff*
                                                  Pamela Q. Devata*
                                                  SEYFARTH SHAW LLP
                                                  975 F Street, N.W.
                                                  Washington, DC 20004
                                                  (202) 463-2400
                                                  (202) 828-5393 (facsimile)
                                                  tmurakami@seyfarth.com
                                                  cdegroff@seyfarth.com
                                                  pdevata@seyfarth.com
                                                  *Attorneys for Defendant WellPoint, Inc.*

                                                  * To be admitted *pro hac vice*

13507422v.2

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, a true and correct copy of the foregoing Defendant's Motion to Strike Proposed Class Definition, was filed via CM/ECF, with electronic notification to :

>Dale Pittman
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, VA  23803-3212
>dale@pittmanlawoffice.com
>
>Leonard A. Bennett
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia  23606
>lenbennett@clalegal.com
>
>*Counsel for Plaintiff*

>/s/
>Taron K. Murakami
>VSB #71307
>SEYFARTH SHAW LLP
>975 F Street, N.W.
>Washington, DC 20004
>(202) 463-2400
>(202) 828-5393 (facsimile)
>tmurakami@seyfarth.com
>*Attorneys for Defendant WellPoint, Inc.*