**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**DAWN LENGRAND,**
**For herself and on behalf of all**
**similarly situated individuals.**

       **Plaintiff,**

v.                              **CIVIL ACTION NO.: 3:11-cv-333-HEH**

**WELLPOINT, INC.**

    **Defendant.**

## CONSENT MOTION FOR PLAINTIFF'S ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE

COMES NOW the Plaintiff, by counsel, and pursuant to Fed. R. Civ. P. 6(b), and moves the Court for an Enlargement of Time within which to respond to the Motion to Strike Proposed Class definition filed by Defendant, Wellpoint, Inc., from July 19, 2011 to July 26, 2011.

Plaintiff represents that counsel for Defendant, Wellpoint, Inc., has consented to such one-week enlargement.

                                    **DAWN LENGRAND,**
                                    **For herself and on behalf of all**
                                    **similarly situated individuals,**

                                    _____/s/_____
                                    Leonard A. Bennett, Esq.
                                    VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    12515 Warwick Boulevard, Suite 100
                                    Newport News, Virginia 23606
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    lenbennett@cox.net

        Dale Pittman
        VSB #15673
        Attorney for Plaintiff
        The Law Office of Dale W. Pittman, P.C.
        112-A W Tabb St
        Petersburg, VA 23803-3212
        (804) 861-6000 - Telephone
        (804) 861-3368  - Facsimile
        Email: dale@pittmanlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of July 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Taron K. Murakami
Seyfarth Shaw, LLP
975 F Street, N.W.
Washington, DC 20004
E-mail: tmurakami@seyfarth.com

        _____/s/_____
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@cox.net