IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAWN LENGRAND,
*For herself and on behalf of all similarly situated individuals*,

      Plaintiffs,

v.

WELLPOINT, INC.,

      Defendant.

Civil Action No. 3:11-cv-00333-HEH-DWD

## NOTICE OF SETTLEMENT AND STATUS REPORT OF THE PARTIES

Comes now, the Plaintiff on behalf of herself and others similarly situated, by counsel and with the consent of the Defendant, to notify the court that the parties have come to an agreement settling by compromise all disputes at issue in the above-styled case as a class action under Fed. R. Civ. P 23. The parties are in the process of drafting and reviewing a proposed stipulation of settlement and motion seeking the court's preliminary approval of the proposed settlement.

A trial in this matter is set for April 4, 2012. It is with the consent of all counsel that the Plaintiff respectfully requests the trial date be continued until such time agreeable to the parties and convenient to the court for this matter may be set for preliminary approval of the class settlement.

By: _____/s/_____
     Susan Mary Rotkis, Esq.
     VSB #40693
     Attorney for Plaintiff

CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
VSB #37523
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 - Telephone
E-mail: lenbennett@clalegal.com


Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

## CERTIFICATE

I hereby certify that on 28th day of March 2012, I forwarded a true copy of the foregoing to the following counsel of record via electronic transmission and first class mail:

Taron Kato Murakami
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004-1454
202-463-2400
Fax: 202-828-5393
Email: tmurakami@seyfarth.com

Christopher James DeGroff
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St
Suite 2400
Chicago, IL 60603-5577
312-460-5577
Fax: 312-460-7982
Email: cdegroff@seyfarth.com

Pamela Q. Devata
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7882
Email: pdevata@seyfarth.com

_____
Susan Mary Rotkis, Esq.
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile