CIVIL NON-JURY TRIAL OR MOTION HEARING                 Date:  November 2, 2012
MINUTE SHEET

| **United States District Court** | **Eastern District of Virginia - Richmond Division** |
|---|---|
| *CASE TITLE*<br><br>Dawn Lengrand<br>v.<br>Wellpoint, Inc. | *CASE NO*:  3:11CV00333-HEH<br><br>*JUDGE:*    HUDSON<br><br>*COURT REPORTER*:  LISCIO, OCR |

MATTER ON FOR:  ___Fairness Hearing/Settlement Approval_____

APPEARANCES:  ___Parties by counsel_____


TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:       PLAINTIFF(S) (  )  DEFENDANT(S) (  )  COURT (  )
OPENING STATEMENTS MADE (  )     OPENING WAIVED (  )
PLAINTIFF(S) ADDUCED EVIDENCE (  ) RESTED (  ) MOTION (  ) _____
DEFENDANT(S) ADDUCED EVIDENCE (  )  RESTED (  ) MOTION (  ) _____
REBUTTAL EVIDENCE ADDUCED  (  )        SUR-REBUTTAL EVIDENCE ADDUCED (  )
EVIDENCE CONCLUDED (  )  ARGUMENTS OF COUNSEL HEARD (  )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH (  )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT (  )
COURT FOUND IN FAVOR OF PLAINTIFF(S)  (  )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S) (  ) _____
CLERK TO ENTER JUDGMENT ON DECISION  (  )    TRIAL EXHIBITS RETURNED TO COUNSEL (  )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____


ADDITIONAL NOTATIONS:

Matter came on for hearing to approve settlement.
Terms of settlement placed on the record by the Court.
Counsel heard.
Settlement Agreement approved by the Court. Counsel to submit final order to the Court by the
  end of next week.


_____
*Counsel for Plaintiff:*

        • Susan M. Rotkis, Esq.
_____
*Counsel for Defendant:*

        • Pamela Q. Devata, Esq. and Erica L. Marshall, Esq.
_____

SET:   2:00 p.m.      BEGAN:  2:04 p.m.      ENDED:  2:08 a.m.          TIME IN COURT: 0:04