IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAWN LENGRAND. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:11CV333-HEH |
| | ) |
| WELLPOINT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF *CY PRES* DISTRIBUTION

Before the Court is the Plaintiffs' Uncontested Motion for *Cy Pres* Distribution and for approval of the payment of administration costs from the $6,750.00 remaining in the Settlement Fund. Having considered the matter, and deeming it proper and just to do so, it is hereby ORDERED that the undistributed funds remaining in the Settlement Fund shall be disbursed by the Class Administrator forthwith as follows:

(1) $ 500.00 shall be paid to KCC Class Action Services, LLC. for administration costs;

(2) $ 6,250.00 shall be paid as *cy pres* to Peninsula School for Autism and Related Disabilities, 12749 Nettles Drive, Suite A, Newport News, Virginia 23606.

(3) This case is CLOSED.

It is so ORDERED.

                                                       /s/
                                        Henry E. Hudson
                                        United States District Judge

April 11, 2014